UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, THE PEOPLE OF THE STATE OF NEW YORK, BY LETITIA JAMES, ATTORNEY GENERAL OF THE STATE OF NEW YORK, STATE OF COLORADO, ex rel. PHILIP J. WEISER, ATTORNEY GENERAL, STATE OF DELAWARE, ex rel. KATHLEEN JENNINGS, ATTORNEY GENERAL, STATE OF DELAWARE, THE PEOPLE OF THE STATE OF ILLINOIS, through ATTORNEY GENERAL KWAME RAOUL, THE STATE OF MINNESOTA, by its ATTORNEY GENERAL, KEITH ELLISON, THE STATE OF NORTH CAROLINA, ex rel. JOSHUA H. STEIN, ATTORNEY GENERAL, THE STATE OF WISCONSIN, <br><br> Plaintiffs, <br><br> v. <br><br> STRATFS, LLC (F/K/A STRATEGIC FINANCIAL SOLUTIONS, LLC), STRATEGIC CLIENT SUPPORT, LLC (F/K/A PIONEER CLIENT SERVICES, LLC), STRATEGIC CS, LLC, STRATEGIC FS BUFFALO, LLC, STRATEGIC NYC, LLC, BCF CAPITAL, LLC, T FIN, LLC, STRATEGIC CONSULTING, LLC, VERSARA LENDING, LLC, STRATEGIC FAMILY, INC., ANCHOR CLIENT SERVICES, LLC (NOW KNOWN AS CS 1 PAAS SERVICES, LLC), BEDROCK CLIENT SERVICES, LLC, BOULDER CLIENT SERVICES, LLC, CANYON CLIENT SERVICES, LLC, CAROLINA CLIENT SERVICES, LLC, GREAT LAKES CLIENT SERVICES, LLC, GUIDESTONE CLIENT SERVICES, LLC, HARBOR CLIENT SERVICES, LLC, HEARTLAND CLIENT SERVICES, LLC, MONARCH CLIENT SERVICES, LLC (NOW KNOWN AS CS 2 PAAS SERVICES, LLC), NEWPORT CLIENT SERVICES, LLC, NORTHSTAR CLIENT SERVICES, LLC, OPTION 1 CLIENT SERVICES, LLC, PIONEER CLIENT SERVICING, LLC, ROCKWELL CLIENT SERVICES, LLC, ROYAL CLIENT SERVICES, LLC, STONEPOINT CLIENT SERVICES, LLC, SUMMIT CLIENT SERVICES, LLC (NOW KNOWN AS CS 3 PAAS SERVICES, LLC), WHITESTONE CLIENT SERVICES, LLC, RYAN SASSON, JASON BLUST, and UNIDENTIFIED JOHN DOES 1-50, <br><br> Defendants, and | Misc. Case No. <br><br> **NOTICE OF ORDER APPOINTING RECEIVER PURSUANT TO 28 U.S.C. § 754** <br><br> United States District Court Western District of New York Case No. 1:24-cv-00040-JLS-MJR |

| |
|---|
| DANIEL BLUMKIN, ALBERT IAN BEHAR, STRATEGIC ESOP, STRATEGIC ESOT, TWIST FINANCIAL, LLC, DUKE ENTERPRISES, LLC, BLAISE INVESTMENTS, LLC, THE BLUST FAMILY IRREVOCABLE TRUST THROUGH DONALD J. HOLMGREN, TRUSTEE, JACLYN BLUST, LIT DEF STRATEGIES, LLC, and RELIALIT, LLC, <br><br>                Relief Defendants. |

**NOTICE OF ORDER APPOINTING RECEIVER
PURSUANT TO 28 U.S.C. § 754**

United States District Court
Western District of New York
Case No. 1:24-cv-00040-JLS-MJR

On January 10, 2024, the Consumer Financial Protection Bureau, the People of the State of New York, by Letitia James, Attorney General of the State of New York, State of Colorado, *ex rel.* Philip J. Weiser, Attorney General, State of Delaware, *ex rel.* Kathleen Jennings, Attorney General, State of Delaware, the People of the State of Illinois, through Attorney General Kwame Raoul, the State of Minnesota, by its Attorney General, Keith Ellison, the State of North Carolina, *ex rel.* Joshua H. Stein, and Attorney General, the State of Wisconsin, filed a Complaint for Injunctive Relief, Restitution, and Civil Money Penalties in the United States District Court for the Western District of New York, Case No. 1:24-cv-00040-JLS-MJR. Attached hereto as Exhibit A is a true and correct copy of the Complaint. Court-Appointed receiver, Thomas W. McNamara ("Receiver"), by and through the undersigned counsel, hereby provides notice, pursuant to 28 U.S.C. § 754, that on January 11, 2024, the Court entered an *Ex Parte* Temporary Restraining Order with an Asset Freeze, Appointment of a Receiver, and Other Equitable Relief ("TRO"), appointing Mr. McNamara as Receiver over the Receivership Defendants (TRO, Section VIII, pages 18-19). A true and correct copy of the TRO is attached hereto as Exhibit B.

Respectfully submitted this 22nd day of January, 2024.

                    **HODGSON RUSS LLP**

                    */s/ James C. Thoman*
                    James C. Thoman, Esq.
                    140 Pearl Street, Suite 100
                    Buffalo, New York 14202
                    Telephone:  (716) 856-4000
                    Facsimile:  (716) 849-0349
                    Email:  jthoman@hodgsonruss.com

                    *Attorneys for Court-appointed Receiver,*
                    *Thomas W. McNamara*