Civil Cover Sheet
Attachment 1
Parties

**Plaintiffs**

Consumer Financial Protection Bureau;
The People of the State of New York, by Letitia James, Attorney General of the State of New York;
State of Colorado, *ex rel*. Philip J. Weiser, Attorney General;
State of Delaware, *ex rel*. Kathleen Jennings, Attorney General;
State of Delaware;
The People of the State of Illinois, through Attorney General Kwame Raoul;
The State of Minnesota, by its Attorney General, Keith Ellison;
The State of North Carolina, *ex rel*. Joshua H. Stein, Attorney General; and
The State of Wisconsin,

**Defendants**

StratFS, LLC (f/k/a Strategic Financial Solutions, LLC);
Strategic Client Support, LLC (f/k/a Pioneer Client Services, LLC);
Strategic CS, LLC;
Strategic FS Buffalo, LLC;
Strategic NYC, LLC;
BCF Capital, LLC;
T Fin, LLC;
Strategic Consulting, LLC;
Versara Lending, LLC;
Strategic Family, Inc.;
Anchor Client Services, LLC (now known as CS 1 PAAS Services, LLC);
Bedrock Client Services, LLC;
Boulder Client Services, LLC;
Canyon Client Services, LLC;
Carolina Client Services, LLC;
Great Lakes Client Services, LLC;
Guidestone Client Services, LLC;
Harbor Client Services, LLC;
Heartland Client Services, LLC;
Monarch Client Services, LLC (now known as CS 2 PAAS Services, LLC);
Newport Client Services, LLC;
Northstar Client Services, LLC;
Option 1 Client Services, LLC;
Pioneer Client Servicing, LLC;
Rockwell Client Services, LLC;
Royal Client Services, LLC;
Stonepoint Client Services, LLC;
Summit Client Services, LLC (now known as CS 3 PAAS Services, LLC);

**Civil Cover Sheet**
**Attachment 1**
**Parties**

Whitestone Client Services, LLC;
Ryan Sasson;
Jason Blust; and
Unidentified John Does 1-50

**Relief Defendants**

Daniel Blumkin;
Albert Ian Behar;
Strategic ESOP;
Strategic ESOT;
Twist Financial, LLC;
Duke Enterprises, LLC;
Blaise Investments, LLC;
The Blust Family Irrevocable Trust through Donald J. Holmgren, Trustee;
Jaclyn Blust;
Lit Def Strategies, LLC; and
Relialit, LLC