Civil Cover Sheet
Attachment 2
Counsel for Parties

# U.S. DISTRICT COURT
U.S. District Court, Western District of New York (Buffalo)
CIVIL DOCKET FOR CASE #: 1:24-cv-00040-JLS-MJR

| | |
|---|---|
| Consumer Financial Protection Bureau et al v. Stratfs, LLC (f/k/a Strategic Financial Solutions, LLC), et al<br>Assigned to: Hon. John L. Sinatra, Jr.<br>Referred to: Hon. Michael J. Roemer<br>Cause: 15:6102 Telemarketing rules | Date Filed: 01/10/2024<br>Jury Demand: None<br>Nature of Suit: 890 Other Statutory Actions<br>Jurisdiction: U.S. Government Plaintiff |

**Plaintiff**

**Consumer Financial Protection Bureau**   represented by   **Joseph Michael Sanders**
Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552
202-377-9846
Email: joseph.sanders@cfpb.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Please note that the highlighted "Defendants" represented by Terrence M. Connors of Connors LLP beginning on page 15 are actually intervenors in the case and not defendants, but were listed in the docket as "Defendants."**

**Monika L. Moore**
Consumer Financial Protection Bureau
1700 G Street NW
Washington, DC 20552
202-360-5905
Email: monika.moore@cfpb.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Vanessa Anne Buchko**
Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552
202-435-9593
Email: vanessa.buchko@cfpb.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

1

Civil Cover Sheet
Attachment 2
Counsel for Parties

**Plaintiff**

| | | |
|---|---|---|
| **The People of the State of New York**<br>*by Letitia James, Attorney General of the State of New York* | represented by | **Christopher L. Boyd**<br>NYS Attorney General's Office<br>Main Place Tower<br>Suite 300A<br>350 Main Street<br>Buffalo, NY 14202<br>716-853-8457<br>Fax: 716-853-8428<br>Email: christopher.boyd@ag.ny.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Genevieve Sumner Rados**<br>Office of the New York State Attorney General (BUF)<br>Main Place Tower<br>Suite 300A<br>350 Main Street<br>Buffalo, NY 14202<br>716-853-8485<br>Email: genevieve.rados1@ag.ny.gov<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **State of Colorado**<br>*ex rel, Philip J. Weiser, Attorney General* | represented by | **Kevin J. Burns**<br>Colorado Department of Law<br>Consumer Protection Section<br>1300 Broadway, 6th Floor<br>6th Floor<br>Denver, CO 80203<br>720-508-6110<br>Email: kevin.burns@coag.gov<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **State of Delaware**<br>*ex rel. Kathleen Jennings, Attorney General, State of Delaware,* | represented by | **Kevin D. Levitsky**<br>Delaware Department of Justice<br>820 N. French Street, 5th Floor<br>Wilmington, DE 19801<br>302-683-8810 |

2

Civil Cover Sheet
Attachment 2
Counsel for Parties

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marion M. Quirk**
Delaware Department of Justice
820 N. French Street, 5th Floor
Wilmington, DE 19801
302-683-8810
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **The People of the State of Illinois** *through Attorney General Kwame Raoul,* | represented by | **Amanda E. Bacoyanis** Office of the Illinois Attorney General 100 W. Randolph Street, 12th Floor Ste 26th Floor Chicago, IL 60601 773-590-7862 Email: amanda.bacoyanis@ilag.gov *LEAD ATTORNEY* *PRO HAC VICE* *ATTORNEY TO BE NOTICED* |

**Daniel Edelstein**
Office of the Illinois Attorney General
100 W. Randolph Street, 12th Floor
Chicago, IL 60601
312-814-2218
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Greg Grzeskiewicz**
Office of the Illinois Attorney General
100 W. Randolph Street, 12th Floor
Chicago, Il 60601
312-814-2218
*LEAD ATTORNEY*
*PRO HAC VICE*

Civil Cover Sheet
Attachment 2
Counsel for Parties

|  |  |  |
|---|---|---|
|  |  | *ATTORNEY TO BE NOTICED* |
|  |  | **Matthew Davies**<br>Office of the Illinois Attorney General<br>100 W. Randolph Street, 12th Floor<br>Chicago, IL 60601<br>312-814-2218<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** |  |  |
| **The State of Minnesota**<br>*by its Attorney General Keith Ellison,* | represented by | **Evan Romanoff**<br>Minnesota Attorney General's Office<br>445 Minnesota Street<br>Suite 1200<br>St. Paul, MN 55101<br>651-728-4126<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** |  |  |
| **The State of North Carolina**<br>*ex rel. Joshua H. Stein, Attorney General,* | represented by | **M. Lynne Weaver**<br>North Carolina Department of Justice<br>114 W. Edenton Street<br>Raleigh, NC 27603<br>919-716-6000<br>Fax: 919-716-6050<br>Email: lweaver@ncdoj.gov<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** |  |  |
| **The State of Wisconsin** | represented by | **Lewis W. Beilin**<br>Wisconsin Department of Justice<br>17 West Main Street<br>Post Office Box 7857<br>Madison, WI 53707-7857<br>608-266-3076 |

4

Civil Cover Sheet
Attachment 2
Counsel for Parties

Email: beilinlw@doj.state.wi.us
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.
**Defendant**

**Stratfs, LLC**               represented by  **Dennis C. Vacco**
*formerly known as*                             Lippes Mathias LLP
Strategic Financial Solutions, LLC              50 Fountain Plaza
                                                Suite 1700
                                                Buffalo, NY 14202
                                                716-853-5100
                                                Fax: 716-853-5199
                                                Email: dvacco@lippes.com
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **Scott S. Allen , Jr.**
                                                Lippes Mathias LLP
                                                50 Fountain Plaza
                                                Suite 1700
                                                Buffalo, NY 14202
                                                716-853-5100
                                                Fax: 716-853-5199
                                                Email: sallen@lippes.com
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Strategic Client Support, LLC**   represented by  **Dennis C. Vacco**
*formerly known as*                                 (See above for address)
Pioneer Client Services, LLC                        *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Scott S. Allen , Jr.**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

Civil Cover Sheet
Attachment 2
Counsel for Parties

**Strategic CS, LLC**  represented by  **Dennis C. Vacco**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott S. Allen , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Strategic FS Buffalo, LLC**  represented by  **Dennis C. Vacco**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott S. Allen , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Strategic NYC, LLC**  represented by  **Dennis C. Vacco**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott S. Allen , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**BCF Capital, LLC**  represented by  **Dennis C. Vacco**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott S. Allen , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

6

Civil Cover Sheet
Attachment 2
Counsel for Parties

| | | |
|---|---|---|
| **T Fin, LLC** | represented by | **Dennis C. Vacco** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Scott S. Allen , Jr.** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Strategic Consulting, LLC** | represented by | **Dennis C. Vacco** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Scott S. Allen , Jr.** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Versara Lending, LLC** | represented by | **Dennis C. Vacco** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Scott S. Allen , Jr.** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Strategic Family, Inc.,** | represented by | **Dennis C. Vacco** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Scott S. Allen , Jr.** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Defendant**

Civil Cover Sheet
Attachment 2
Counsel for Parties

**Anchor Client Services, LLC**  represented by  **Dennis C. Vacco**
*Now known as*                                  (See above for address)
CS 1 PAAS Services, LLC                         *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **Scott S. Allen , Jr.**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Bedrock Client Services, LLC**  represented by  **Dennis C. Vacco**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **Scott S. Allen , Jr.**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Boulder Client Services, LLC**  represented by  **Dennis C. Vacco**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **Scott S. Allen , Jr.**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Canyon Client Services, LLC**  represented by  **Dennis C. Vacco**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **Scott S. Allen , Jr.**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Defendant**

Civil Cover Sheet
Attachment 2
Counsel for Parties

**Carolina Client Services, LLC**   represented by   **Dennis C. Vacco**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott S. Allen , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Great Lakes Client Services, LLC**   represented by   **Dennis C. Vacco**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott S. Allen , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Guidestone Client Services, LLC**   represented by   **Dennis C. Vacco**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott S. Allen , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Harbor Client Services, LLC**   represented by   **Dennis C. Vacco**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott S. Allen , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Civil Cover Sheet**
**Attachment 2**
**Counsel for Parties**

**Heartland Client Services, LLC**     represented by     **Dennis C. Vacco**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott S. Allen , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Monarch Client Services, LLC**     represented by     **Dennis C. Vacco**
*Now known as*
CS 2 PAAS Services, LLC
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott S. Allen , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Newport Client Services, LLC**     represented by     **Dennis C. Vacco**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott S. Allen , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Northstar Client Services, LLC**     represented by     **Dennis C. Vacco**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott S. Allen , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Civil Cover Sheet
Attachment 2
Counsel for Parties

**Defendant**

Option 1 Client Services, LLC     represented by    **Dennis C. Vacco**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                      **Scott S. Allen , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

Pioneer Client Servicing, LLC     represented by    **Dennis C. Vacco**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                      **Scott S. Allen , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

Rockwell Client Services, LLC     represented by    **Dennis C. Vacco**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                      **Scott S. Allen , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

Royal Client Services, LLC     represented by    **Dennis C. Vacco**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                      **Scott S. Allen , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Civil Cover Sheet
Attachment 2
Counsel for Parties

**Defendant**

**Stonepoint Client Services, LLC**  represented by  **Dennis C. Vacco**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott S. Allen , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Summit Client Services, LLC**  represented by  **Dennis C. Vacco**
*Now known as*
CS 3 PAAS Services, LLC
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott S. Allen , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Whitestone Client Services, LLC**  represented by  **Dennis C. Vacco**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott S. Allen , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ryan Sasson**  represented by  **Maegan Brianne McAdam**
Riley Safer Holmes & Cancila LLP
136 Madison Avenue
6th Floor
New York, NY 10016
212-660-1025
Email: mmcadam@rshc-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

12

Civil Cover Sheet
Attachment 2
Counsel for Parties

                                              **Matthew Patrick Kennison**
Riley Safter Holmes & Cancila LLP
121 W. Washington Street
Suite 402
Ann Arbor, MI 48104
734-773-4911
Fax: 734-773-4901
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jason Blust**          represented by  **Rodney O. Personius**
Personius Melber LLP
2100 Main Place Tower
350 Main Street
Buffalo, NY 14202
(716) 855-1050
Fax: 716-855-1052
Email: rop@personiusmelber.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Does 1-50**

**Defendant**

**Daniel Blumkin**       represented by  **Maegan Brianne McAdam**
*Relief Defendant*                                (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                              **Matthew Patrick Kennison**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Albert Ian Behar**       represented by  **Maegan Brianne McAdam**
*Relief Defendant*                                (See above for address)
*LEAD ATTORNEY*

13

Civil Cover Sheet
Attachment 2
Counsel for Parties

        *ATTORNEY TO BE NOTICED*

        **Matthew Patrick Kennison**
        (See above for address)
        *LEAD ATTORNEY*
        *PRO HAC VICE*
        *ATTORNEY TO BE NOTICED*

**Defendant**

**Strategic ESOP**
*Relief Defendant*

**Defendant**

**Strategic ESOT**
*Relief Defendant*

**Defendant**

**Twist Financial, LLC**
*Relief Defendant*

**Defendant**

**Duke Enterprises, LLC**
*Relief Defendant*

**Defendant**

**Blaise Investments, LLC**
*Relief Defendant*

**Defendant**

**The Blust Family Irrevocable Trust through Donald J. Holmgren, Trustee**
*Relief Defendant*
  represented by  **Rodney O. Personius**
      (See above for address)
      *LEAD ATTORNEY*
      *ATTORNEY TO BE NOTICED*

**Defendant**

**Jaclyn Blust**
*Relief Defendant*
  represented by  **Rodney O. Personius**
      (See above for address)
      *LEAD ATTORNEY*
      *ATTORNEY TO BE NOTICED*

**Defendant**

**Lit Def Strategies, LLC**
*Relief Defendant*
  represented by  **Rodney O. Personius**
      (See above for address)

Civil Cover Sheet
Attachment 2
Counsel for Parties

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Relialit, LLC**  represented by  **Rodney O. Personius**
*Relief Defendant*                     (See above for address)
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**Clear Creek Legal, LLC**  represented by  **Terrence M. Connors**
                                           Connors LLP
                                           1000 Liberty Building
                                           Buffalo, NY 14202
                                           716-852-5533
                                           Fax: 716-852-5649
                                           Email: tmc@connorsllp.com
                                           *LEAD ATTORNEY*
                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**Credit Advocates Law Firm, LLC**  represented by  **Terrence M. Connors**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

**Defendant**

**Greenstone Legal Group**  represented by  **Terrence M. Connors**
                                           (See above for address)
                                           *LEAD ATTORNEY*
                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**Bradon Ellis Law Firm LLC**  represented by  **Terrence M. Connors**
                                              (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

**Defendant**

**Hailstone Legal Group**  represented by  **Terrence M. Connors**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

15

Civil Cover Sheet
Attachment 2
Counsel for Parties

**Defendant**

Hallock and Associates          represented by   **Terrence M. Connors**
                                                 (See above for address)
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

Harbor Legal Group              represented by   **Terrence M. Connors**
                                                 (See above for address)
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

Anchor Law Firm, PLLC           represented by   **Terrence M. Connors**
                                                 (See above for address)
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

Bedrock Legal Group             represented by   **Terrence M. Connors**
                                                 (See above for address)
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

Boulder Legal Group             represented by   **Terrence M. Connors**
                                                 (See above for address)
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

Canyon Legal Group, LLC         represented by   **Terrence M. Connors**
                                                 (See above for address)
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

Great Lakes Law Firm            represented by   **Terrence M. Connors**
                                                 (See above for address)
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

Civil Cover Sheet
Attachment 2
Counsel for Parties

**Heartland Legal Group**      represented by    **Terrence M. Connors**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Level One Law**      represented by    **Terrence M. Connors**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Meadowbrook Legal Group**      represented by    **Terrence M. Connors**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Monarch Legal Group**      represented by    **Terrence M. Connors**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Newport Legal Group, LLC**      represented by    **Terrence M. Connors**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Northstar Legal Group**      represented by    **Terrence M. Connors**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Option 1 Legal**      represented by    **Terrence M. Connors**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Civil Cover Sheet
Attachment 2
Counsel for Parties

**Defendant**

Pioneer Law Firm P.C.  represented by  Terrence M. Connors
                                      (See above for address)
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

**Defendant**

Rockwell Legal Group  represented by  Terrence M. Connors
                                      (See above for address)
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

**Defendant**

Spring Legal Group  represented by  Terrence M. Connors
                                    (See above for address)
                                    *LEAD ATTORNEY*
                                    *ATTORNEY TO BE NOTICED*

**Defendant**

Royal Legal Group  represented by  Terrence M. Connors
                                   (See above for address)
                                   *LEAD ATTORNEY*
                                   *ATTORNEY TO BE NOTICED*

**Defendant**

Slate Legal Group  represented by  Terrence M. Connors
                                   (See above for address)
                                   *LEAD ATTORNEY*
                                   *ATTORNEY TO BE NOTICED*

**Defendant**

Stonepoint Legal Group  represented by  Terrence M. Connors
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

**Defendant**

The Law Firm of Derek Williams, LLC  represented by  Terrence M. Connors
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

Civil Cover Sheet
Attachment 2
Counsel for Parties

**Whitstone Legal Group**  represented by  **Terrence M. Connors**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Wyolaw, LLC**  represented by  **Terrence M. Connors**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Chinn Legal Group, LLC**  represented by  **Terrence M. Connors**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Leigh Legal Group, PLLC**  represented by  **Terrence M. Connors**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Hallock & Associates LLC**  represented by  **Terrence M. Connors**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Gustafson Consumer Law Group, LLC**  represented by  **Terrence M. Connors**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Michel Law, LLC**  represented by  **Terrence M. Connors**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Civil Cover Sheet**
**Attachment 2**
**Counsel for Parties**

| | | |
|---|---|---|
| **The Law Office of Melissa Michel LLC** | represented by | **Terrence M. Connors** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Moore Legal Group, LLC** | represented by | **Terrence M. Connors** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |